| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Seymour Wasserstrum, Esq. SW2734<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s)<br><br>In Re:<br><br>Charline D. Bass | **Order Filed on July 14, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:       22-13296<br><br>Chapter:         13<br><br>Adv. No.:       N/A<br><br>Hearing Date: 6/15/2022 @ 9:00 a.m.<br><br>Judge:            CMG |

### AMENDED ORDER:

1. **TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

2. **TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(a) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: July 14, 2022**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
**Debtor:** Charline D. Bass
**Case No:** 22-13296/CMG
**Caption of Amended Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Seymour Wasserstrum, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing; therefore, it is hereby

**ORDERED AND ADJUDGED** that Charline D. Bass is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that the Attorney- in -Fact, Karen Bass, per the executed Power of Attorney is authorized to:

a. Sign and file pleadings

b. File plans;

c. Appear and testify under oath and the 341 meeting;

d. Resolve objections; e. Administer the case; and

f. Otherwise act on behalf of the debtor in the Chapter 13 case.