UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Seymour Wasserstrum, Esq. SW2734
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

    Charline D. Bass

**Order Filed on July 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   22-13296

Chapter:   13

Adv. No.:   N/A

Hearing Date:  6/15/2022 @ 9:00 a.m.

Judge:   CMG

## AMENDED ORDER:

1.     **TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

2.     **TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(a) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: July 14, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
**Debtor:** Charline D. Bass
**Case No:**  22-13296/CMG
**Caption of Amended Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Seymour Wasserstrum, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing; therefore, it is hereby

**ORDERED AND ADJUDGED** that Charline D. Bass is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that the Attorney- in -Fact, Karen Bass, per the executed Power of Attorney is authorized to:

a. Sign and file pleadings

b. File plans;

c. Appear and testify under oath and the 341 meeting;

d. Resolve objections; e. Administer the case; and

f. Otherwise act on behalf of the debtor in the Chapter 13 case.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 22-13296-CMG
Charline D. Bass                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 1
Date Rcvd: Jul 14, 2022                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charline D. Bass, 9 Willow Way, Bordentown, NJ 08505-3144 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2018-RPL3 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor CSMC 2018-RPL3 Trust phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Seymour Wasserstrum | on behalf of Debtor Charline D. Bass mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5